**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

**DEAN M. JAVID,**
*On behalf of himself and on behalf of*
*All others similarly situated,*

**Plaintiff**

**v.**                                    **Civil No. 1:12-cv-1218-JCC/TCB**

**SOS INTERNATIONAL, LTD.,**

**Defendant.**

## NOTICE OF APPEARANCE

Susan Mary Rotkis, of Consumer Litigation Associates, P.C., 763 J. Clyde Morris

Boulevard, Suite 1-A, Newport News, VA 23601 hereby notes her appearance as counsel in this

case on behalf of the Plaintiff.

Please copy her with all matters in this case.

**DEAN M. JAVID,**
*On behalf of himself and on behalf of*
*all others similarly situated,*


_____/s/_____
Susan Mary Rotkis, VSB 40693
Attorney for Plaintiff
CONSUMER LITIGATION
ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
E-mail:  srotkis@clalegal.com