IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **DEAN M. JAVID**, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:12cv1218 (JCC/TCB) |
| **SOS INTERNATIONAL, LTD.**, | ) |
| Defendant. | ) |

**PARTIES' JOINT PROPOSED DISCOVERY PLAN**

Defendant SOS International, Ltd. and Plaintiff Dean M. Javid, by their respective counsel, hereby proposes the following discovery plan pursuant to Rule 26(f) and the Court's January 2, 2013 Order.

1. <u>Planning Conference</u>.  Undersigned counsel conferred regarding this proposed discovery plan by telephone on January 29, 2013.

2. <u>Pre-Discovery Disclosures</u>.  The parties have agreed to exchange the disclosures required by Fed. R. Civ. P. 26(a)(1) on or before **February 13, 2013**.

3. <u>Discovery Plan</u>.  Defendant anticipates that it will need discovery on all matters relevant to Plaintiff's Claims, as well as matters relevant to Defendant's corresponding defenses. Accordingly, the full scope of discovery cannot be determined at this time.  Defendant believes that discovery regarding any of the class allegations, other than discovery regarding the viability of maintaining this action as a class action, is inappropriate unless and until Plaintiff successfully moves for certification of a class in this matter.  Plaintiff disagrees and believes all discovery

should move forward. The parties reserve all rights to object to discovery on any appropriate grounds, including relevance.

    4.    The parties propose the following discovery limits:

    (a)    All objections to written discovery must be served within fifteen (15) days of service and all answers to written discovery must be served within thirty (30) days of service.

    (b)    Each party may serve a maximum of thirty (30) interrogatories, including parts and subparts, as included in the Court's January 2, 2013 Order.

    (c)    Plaintiff and Defendant may serve a maximum of thirty (30) requests for production, including parts and subparts.

    (d)    The parties do not anticipate there being significant issues with respect to discovery of electronically stored information and agree to abide by the requirements of the Federal Rules of Civil Procedure.

    (e)    The parties agree that if privileged or other protected information is inadvertently produced, the producing party may by timely notice assert the privilege or protection and obtain return of the material without a waiver.

    (f)    A party may not exceed five (5) non-party, non-expert witness depositions, as included in the Court's January 2, 2013 Order.

    (g)    All depositions are limited to one (1) day of seven (7) hours, excluding breaks.

    (h)    The Court has ordered that all discovery should be commenced in time to be completed by **April 12, 2013**. The parties agree that "completed" means that interrogatories, requests for production, and requests for admission must be served at least thirty (30) days prior to the close of discovery, so that responses will be due on or before the completion date.

    (i)    The parties agree that any party seeking to introduce expert testimony shall file its designation of testifying experts and shall serve on all parties, but not file, the materials required

by Fed. R. Civ. P. 26(a)(2), on or before **March 8, 2013,** , and that any party seeking to introduce expert testimony in rebuttal to expert testimony so designated by the opposing party shall file its designation of testifying experts and serve on all parties, but not file, the materials required by Fed. R. Civ. P. 26(a)(2), on or before **April 1, 2013**. The parties further agree that depositions of all experts shall be completed on or before **April 12, 2013**.

(j) The parties agree that the supplementation required by Rule 26(e) shall be completed not later than **April 12, 2013**.

(k) The parties propose that the foregoing discovery limits may be modified by stipulation of the parties or by Order of the Court for good cause shown.

(l) The parties anticipate submitted a proposed Protective Order for the Court's approval to protect certain confidential information of the parties.

(m) Other than as already discussed above, the parties do not believe there are any special discovery issues to raise at this time.

5. Other Items.

(a) The parties have not yet engaged in settlement discussions and do not believe that settlement discussions would yet be productive.

(b) The parties propose that dispositive motions should be filed not later than **April 19, 2013**.

(c) The parties do not consent to the jurisdiction of magistrate judge.

(d) The parties propose that any further amendments or joinder of parties be completed by **February 21, 2013**.

**SO STIPULATED**

**Dated: January 30, 2013**

By:\_\_\_\_\_/s/_____
Leonard A. Bennett
Virginia State Bar No. 37523
CONSUMER LITIGATION ASSOCIATES, P.C.
12515 Warwick Boulevard, Suite 201
Newport News, Virginia 23606
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@clalegal.com

Kristi Cahoon Kelly
Virginia State Bar No. 72791
SUROVELL ISAACS PETERSEN & LEVY, PLC
4010 University Drive, 2nd Floor
Fairfax, VA 22030
Telephone: (703) 277-9774
Facsimile: (703) 591-9285
Email: kkelly@siplfirm.com
*Attorneys for Plaintiffs*


_____/s/_____
Susanne Harris Carnell, VSB #41521
Michael J. Lorenger, VSB #38910
Lorenger & Carnell PLC
651 South Washington Street
Alexandria, VA 22314
Phone: (703) 684-1804
Fax: (703) 684-1805
scarnell@lorengercarnell.com

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of January, 2013, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system which will send a notification of such filing (NEF) to the following:

Susanne Harris Carnell, VSB #41521
Michael J. Lorenger, VSB #38910
Lorenger & Carnell PLC
651 South Washington Street
Alexandria, VA 22314
Phone: (703) 684-1804
Fax:    (703) 684-1805
scarnell@lorengercarnell.com

*Counsel for Defendant*

　　/s/　Kristi C. Kelly　　　　　
Kristi Cahoon Kelly
Virginia State Bar No. 72791
SUROVELL ISAACS PETERSEN & LEVY, PLC
4010 University Drive, Second Floor
Fairfax, Virginia 22030
Telephone: (703) 277-9774
Facsimile: (703) 591-9285
E-mail: kkelly@siplfirm.com
*Attorney for Plaintiff*