**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| **DEAN M. JAVID,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 1: 12-cv-1218 (JCC/TCB) |
| ) | |
| **SOS INTERNATIONAL LTD.** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## NOTICE OF HEARING

Please take notice that Defendant SOS International, Ltd. ("SOSi"), by counsel, will present its Motion for Summary Judgment during the Court's regularly scheduled civil motions docket on May 17, 2013, at 10:00 a.m., or as soon thereafter as counsel may be heard.

                                                     Respectfully submitted,

                                                     LORENGER & CARNELL PLC

                                                     _____/s/_____
                                                     Michael J. Lorenger, VSB #38910
                                                     Susanne Harris Carnell, VSB # 41521
                                                     Lorenger & Carnell PLC
                                                     651 South Washington Street
                                                     Alexandria, Virginia 22314
                                                     (703) 684-1804 Direct
                                                     (703) 684-1805 Fax
                                                     mlorenger@lorengercarnell.com
                                                     scarnell@lorengercarnell.com

                                                     Counsel for SOS International, Ltd.

Dated: April 19, 2013

## CERTIFICATE OF SERVICE

      I hereby certify that on the 19th day of April, 2013, I will electronically file the foregoing Notice of Hearing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties of record and/or their counsel, including:

Kristi C. Kelly (VSB #72791)
SUROVELL ISAACS PETERSEN & LEVY PLC
4010 University Drive, Second Floor
Fairfax, VA  22030
kkelly@siplfirm.com

Leonard Bennett (VSB #37523)
Susan M. Rotkis (VSB #40693)
CONSUMER LITIGATION ASSOCIATES PC
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
lenbennett@clalegal.com

Matthew Erausquin (VSB #65434)
Janelle Mason (VSB #82389)
CONSUMER LITIGATION ASSOCIATES PC
1800 Diagonal Road, Suite 600
Alexandria, VA  22314
matt@clalegal.com
Janelle@clalegal.com


/s/
Michael J. Lorenger (VSB 38910)
Susanne Harris Carnell, VSB # 41521
LORENGER & CARNELL PLC
651 South Washington Street
Alexandria, Virginia 22314
(703) 684-1808 – Phone
(703) 684-1805 – Fax
mlorenger@lorengercarnell.com