IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| DEAN M. JAVID, | ) |
| | ) |
| v. | ) |
| | ) |
| SOS INTERNATIONAL, LTD, | )   1:12cv1218 (JCC-TCB) |
| | ) |
| Defendant. | ) |

**<u>O R D E R</u>**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

(1) Defendant SOS International, LTD's Motion for Summary Judgment [28] is GRANTED;

(2) Accordingly, judgment is ENTERED in favor of Defendant SOS International, LTD; and

(3) The Clerk of the Court shall forward copies of this Order and the accompanying Memorandum Opinion to all counsel of record.

THIS ORDER IS FINAL.

May 23, 2013                         /s/
Alexandria, Virginia         James C. Cacheris
                     UNITED STATES DISTRICT COURT JUDGE